**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 13, 2024



**BY ECF**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:     **United States v. Willie Murray**
        **24 Cr. 072 (KPF)**

Dear Judge Failla:

    I represent Willie Murray in the above-captioned matter, next scheduled for a status conference on July 18 at 3:30 pm.

    Mr. Murray has expressed his desire to sever ties with counsel on this matter. Communication with Mr. Murray has broken down past the point of my ability to effectively represent Mr. Murray. Accordingly, I request that the Court relieve the Federal Defenders and appoint new counsel to represent Mr. Murray.

    Thank you for your consideration of this matter.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Willie Murray*

cc:     Adam Margulies, Assistant U.S. Attorney

In light of the above application, the parties are hereby ORDERED to appear for a conference in this matter. The conference shall take place on **June 26, 2024,** at **2:30 p.m.**, and will be held in person, in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:    June 14, 2024        SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE