**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

July 10, 2024

**MEMO ENDORSED**

**VIA ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**RE:** *United States v. Willie Murray*
**24-cr-72 (KPF)**

Dear Judge Failla:

As the Court is aware, I represent Willie Murray in the above matter. I am respectfully requesting that this Court enter an Order for immediate medical attention for Mr. Murray. Mr. Murray suffers from diagnosed health issues and had been receiving several medications when he was detained at Hudson County Correctional Center. He has informed me that the Metropolitan Detention Center ("MDC") has not provided his necessary medication or any treatment since he was transferred on June 28, 2024.

Thank you for your attention to this request.

Very truly yours,

*Meredith Heller*

Meredith S. Heller

Cc: A.U.S.A. Adam Z. Margulies (via ECF)

```
The Court will separately transmit an Order for immediate medical attention
to the MDC upon receipt of defense counsel's email submission to Chambers of
a list detailing Mr. Murray's necessary mediation.

The Clerk of Court is directed to terminate the pending motion at docket
entry 21.

Dated:     July 10, 2024                SO ORDERED.
           New York, New York
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE