U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

August 25, 2024

**BY ECF**
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:  *United States v. Willie Murray*, 24 Cr. 72 (KPF)

Dear Judge Failla:

The parties jointly submit this letter requesting a 30-day adjournment of the status conference currently scheduled for Tuesday, August 27, 2024, at 12:30 p.m.  The adjournment will allow additional time to facilitate the defense's review of discovery and the parties to continue discussions regarding a potential pre-trial resolution.  Accordingly, the parties respectfully request that the conference be adjourned to September 26, 2024, or a date thereafter that is convenient for the Court.[1]

In addition, the Government respectfully requests, with the consent of the defendant, that the time between August 27, 2024, and the date of the adjourned conference, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Government respectfully submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the defense additional time to review discovery and the parties to engage in discussions regarding a potential pre-trial resolution of this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Adam Z. Margulies
Assistant United States Attorney
(212) 637-2345

Cc: Meredith Heller, Esq. (by ECF)

---

[1] The parties expect to be on trial during the week of October 7, 2024.

Application GRANTED. The status conference currently scheduled for August 27, 2024, is hereby ADJOURNED to **October 2, 2024,** at **12:00 p.m.**

It is further ORDERED that time is excluded under the Speedy Trial Act between **August 27, 2024,** and **October 2, 2024.** The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit defense counsel to continue to review discovery and permit the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 24.

Date:    August 26, 2024         SO ORDERED.
         New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE