UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 24 Cr. 72 (KPF) |
| WILLIE MURRAY, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

     Defendant Willie Murray was indicted on mail theft and bank fraud charges on February 6, 2024. (Dkt. #4). After extensive pretrial proceedings, Mr. Murray moved to represent himself in this case, which motion the Court granted on December 17, 2024. (Minute Entry for December 17, 2024). Mr. Murray is currently housed at the Metropolitan Detention Center ("MDC") in Brooklyn, New York.

     At the most recent pretrial conference in this matter, held on January 14, 2025, the Government advised the Court that the bulk of the discovery in this case would be collected onto a single hard drive and produced (and in some cases reproduced) to Mr. Murray within the next two weeks. However, the Government added, some of that discovery had already been produced to Mr. Murray in hard-copy format. The Court set a schedule for the completion of discovery, as well as for a meeting between the parties to discuss next steps in the case. For his part, Mr. Murray advised the Court of his need for enhanced access to the MDC law library, not only for the review of the

discovery, but also to allow Mr. Murray to draft several contemplated pretrial motions under Federal Rule of Criminal Procedure 12.[1]

The Court has scheduled the next pretrial conference matter for February 12, 2025, at 10:00 am. Given the aggressive schedule it has imposed for the review of discovery and the discussion of pretrial motions — as well as its recognition of Mr. Murray's *pro se* status — the Court ORDERS that the MDC permit Mr. Murray access to a computer that has both the ability to review electronic discovery and legal research capabilities for no less than two hours per day, every day, until further order of the Court. The computer in question can be located either in or near Mr. Murray's housing unit or in the MDC law library; wherever located, it must be operable, and capable of both document review and legal research.

The Clerk of Court is directed to mail a copy of this Order to Mr. Murray at the following address:

> William Murray,
> Reg. No. 12116-506
> MDC Brooklyn
> Metropolitan Detention Center
> P.O. Box 329002
> Brooklyn, NY 11232

The Clerk of Court is further directed to terminate the motion pending at docket entry 37.

---

[1] The Court discussed with Mr. Murray its understanding that computers are available in each housing unit, and that those computers as well allow access to electronic discovery and to legal research. Mr. Murray offered his views that housing units were often subjected to lockdowns, and that the computers in those units were frequently inoperable.

SO ORDERED.

Dated:   January 15, 2025
             New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge