UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>WILLIE MURRAY,<br><br>                Defendant. | 24 Cr. 72 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The pretrial conference scheduled for February 12, 2025, is hereby ADJOURNED to **February 19, 2025**, at **12:00 p.m.** The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. If the Government wishes to exclude time, it can submit an application to the Court that states the parties' positions.

The Clerk of Court is directed to mail a copy of this Order to Mr. Murray at the following address:

> William Murray,
> Reg. No. 12116-506
> MDC Brooklyn
> Metropolitan Detention Center
> P.O. Box 329002
> Brooklyn, NY 11232

SO ORDERED.

Dated: February 11, 2025
       New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge