UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-                                                        24 Cr. 72 (KPF)

WILLIE MURRAY,                                        **ORDER**

                        Defendant.

KATHERINE POLK FAILLA, District Judge:

As discussed during the Court's telephone conference with the parties on February 26, 2025, the Court hereby ORDERS the following briefing schedule for Defendant's anticipated motions:

- Defendant's motions shall be due on or before **April 18, 2025**;

- The Government's responses in opposition shall be due on or before **May 16, 2025**; and

- Defendant's replies shall be due on or before **June 6, 2025.**

The Court will hold a hearing regarding these motions on **June 27, 2025**, at **10:00 a.m.**  The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to mail a copy of this Order to Mr. Murray at the following address:

> William Murray, #12116-506
> MDC Brooklyn
> Metropolitan Detention Center
> P.O. Box 329002
> Brooklyn, NY 11232

SO ORDERED.

Dated:   February 27, 2025
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge