UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 24 Cr. 72 (KPF) |
| WILLIE MURRAY, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

    Meredith S. Heller, Esq., standby counsel for Willie Murray, who was previously appointed to represent Mr. Murray under the Criminal Justice Act, 18 U.S.C § 3006A (the "CJA"), seeks approval for the use of CJA funds to purchase a laptop for Mr. Murray that will enable Mr. Murray, who is detained at the Metropolitan Detention Center (the "MDC") and is proceeding *pro se*, to review discovery materials produced by the Government. Standby counsel represents that, without a laptop, Mr. Murray will be unable to effectively review the voluminous discovery material that the Government has produced and will produce in this case, and, by extension, unable to effectively represent himself.

    IT IS HEREBY ORDERED that Standby Counsel's request for CJA funds to purchase a laptop and any subsequent external drives that may be required to provide Mr. Murray with access to the discovery (collectively, the "Electronic Device") for purposes of Mr. Murray's discovery review is GRANTED.

    IT IS FURTHER ORDERED that Standby Counsel shall provide the Electronic Device to Mr. Dave Damo of Data Mill, to disable any other applications on the computer in a manner acceptable to any facility in which

Mr. Murray is detained. Mr. Damo will send the disabled Electronic Device to the Government to inspect to ensure that the Electronic Device is disabled of applications as required by any facility in which Mr. Murray is detained. The Government will load the discovery onto the Electronic Device, except the Government will not load the discovery designated as "Attorney's Possession Only" that falls under the parties' protective order. The Government will forward the loaded Electronic Device to the appropriate liaison officer at the detention facility where Mr. Murray is detained. Password protection will be loaded onto the Electronic Device to prevent any user from making changes to the Electronic Device.

IT IS FURTHER ORDERED that Mr. Murray may not use the Electronic Device for any purpose other than reviewing discovery materials produced in this case.

IT IS FURTHER ORDERED that no later than the conclusion of the proceedings against Mr. Murray in the district court, whether through dismissal of the charges against Mr. Murray or his sentencing, Mr. Murray shall return the Electronic Device to his counsel, who will promptly provide it to the Administrative Office of the U.S. Courts. If convicted, Mr. Murray may not retain this laptop during any appeal.

The Clerk of Court is directed to mail a copy of this Order to Mr. Murray at the following address:

> William Murray, #12116-506
> MDC Brooklyn
> Metropolitan Detention Center
> P.O. Box 329002

Brooklyn, NY 11232

SO ORDERED.

Dated: March 5, 2025
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

3