

**MATTHEW LAROCHE**
*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: +1 (212) 530-5514
mlaroche@milbank.com  |  milbank.com

May 28, 2025



**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   <u>United States v. Willie Murray</u>, 24 Cr. 72 (KPF)

Dear Judge Failla:

      We write on behalf of Defendant Willie Murray, who we represent as standby counsel. Mr. Murray received the typewriter that Your Honor directed the Metropolitan Detention Center to provide to him this past Friday, May 23, 2025. Mr. Murray is very grateful for Your Honor's help in this regard. However, because Mr. Murray only just received the typewriter, he writes to respectfully request an extension of the filing deadlines for his upcoming Rule 12 motions as follows:

- Defense Rule 12 motions due on July 3, 2025 (current deadline June 2, 2025)

- Government's opposition to Defense Rule 12 motions due on July 31, 2025 (current deadline June 30, 2025)

- Defense reply in support of Rule 12 motions due on August 21, 2025 (current deadline July 21, 2025)

- Motion hearing to be set for a date in September that is convenient for the court (currently scheduled for August 12, 2025).

      Mr. Murray seeks this modification to ensure that he has sufficient time to draft his motions using the newly provided typewriter. This is his second request for an extension of the deadlines for his Rule 12 motions. Your Honor granted his prior extension request on April 14, 2025. The government does not object to this request.

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO

May 28, 2025                                                                                                Page 2

On April 14, 2025, the Court excluded time under the Speedy Trial Act through August 12, 2025. Mr. Murray consents to the Court further excluding time through the date in September on which it schedules the hearing on his motions to allow him the time necessary to effectively prepare the arguments that he intends to raise in his motions.

Respectfully submitted,

Matthew Laroche

```
Application GRANTED.  The Court hereby ADOPTS the proposed briefing
schedule for Mr. Murray's anticipated Rule 12 motions.  The Court
notes, however, that it does not anticipate granting further
extensions to this briefing schedule, absent exigent circumstances.

Moreover, in light the above, the motion hearing currently scheduled
for August 12, 2025, is hereby ADJOURNED to September 9, 2025, at
3:00 p.m.  The hearing will take place in Courtroom 618 of the
Thurgood Marshall United States Courthouse, 40 Foley Square, New
York, New York.

It is further ORDERED that time is excluded under the Speedy Trial
Act between May 29, 2025, and September 9, 2025.  The Court finds
that the ends of justice served by excluding such time outweigh the
interests of the public and the defendant in a speedy trial because
it will Mr. Murray to continue to review discovery and prepare his
pretrial motions.

The Clerk of Court is directed to mail a copy of this Order to Mr.
Murray at the following address:

        William Murray, #12116-506
        MDC Brooklyn
        Metropolitan Detention Center
        P.O. Box 329002
        Brooklyn, NY 11232

The Clerk of Court is further directed to terminate the pending
motion at docket entry 54.

Dated:   May 29, 2025                    SO ORDERED.
         New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE