

# Milbank

**MATTHEW LAROCHE**
*Partner*
55 Hudson Yards | New York, NY 10001-2163
T: +1 (212) 530-5514
mlaroche@milbank.com | milbank.com

August 27, 2025

**VIA ECF**

**MEMO ENDORSED**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Willie Murray</u>, 24 Cr. 72 (KPF)

Dear Judge Failla:

      We write on behalf of Defendant William Murray, who we represent as standby counsel. We previously submitted an *ex parte* letter to the Court on August 20, 2025, at Mr. Murray's request. In that letter, Mr. Murray sought, among other things, an extension of his deadline to file his Rule 12 motions to permit him sufficient time to consult with certain individuals and obtain information from the subpoenas that he has asked the Court to so-order. Given that the current deadline for his Rule 12 motions is August 29, 2025, Mr. Murray has asked us to write to the Court again regarding his requested extension. As noted in our *ex parte* letter, the government does not consent to Mr. Murray's extension request.

                                                 Respectfully submitted,

                                                 Matthew Laroche

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO

The Court has reviewed Defendant's above extension request and notes the Government's opposition. Defendant's application is GRANTED. The current motion schedule is hereby ADJOURNED, and a new motion schedule is adopted as follows:

- Defendant shall file any motion on or before **September 16, 2025;**

- The Government shall file any opposition on or before **October 7, 2025;** and

- Defendant shall file any reply on or before **October 28, 2025.**

In addition, the Motion hearing currently scheduled for October 28, 2025 is hereby ADJOURNED to **November 13, 2025,** at **2:30 p.m.** The hearing will be held in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between **September 9, 2025,** and **November 13, 2025,** based on the Government's application and Defendant's consent. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial because it will allow Mr. Murray to continue to review discovery and prepare his pretrial motions.

The Clerk of Court is directed to mail a copy of this Order to Mr. Murray at the following address:

>William Murray, #12116-506
>MDC Brooklyn
>Metropolitan Detention Center
>P.O. Box 329002
>Brooklyn, NY 11232

The Clerk of Court is further directed to terminate the pending motion at docket entry 61.

Dated:   August 29, 2025          SO ORDERED.
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE