

# Milbank

**MATTHEW LAROCHE**
*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: +1 (212) 530-5514
mlaroche@milbank.com  |  milbank.com

October 15, 2025

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:   United States v. Willie Murray, 24 Cr. 72 (KPF)

Dear Judge Failla:

    We write on behalf of Defendant William Murray, who we represent as standby counsel. Mr. Murray has directed us to request an extension of his deadline to file his Rule 12 motions, which is currently October 17, 2025, until November 17, 2025. Mr. Murray believes that this extension is necessary so he can continue working with the individuals that the Court permitted him to retain to assist with his motions. Specifically, to assist one of these individuals with their analysis, Mr. Murray has requested certain technical discovery materials from the government that the government is in the process of producing. Standby counsel will expeditiously transmit these materials to the individual assisting Mr. Murray to avoid any further delay.

    The government does not consent to Mr. Murray's extension request and does not intend to file a written response.

**MEMO ENDORSED**

Respectfully submitted,

*/s/ Matthew Laroche*

Matthew Laroche

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO

The Court has reviewed Mr. Murray's above extension request and recognizes the Government's opposition. Defendant's application is GRANTED. But the Court notes that it will grant no further extensions, absent exigent circumstances. The current motion schedule is hereby ADJOURNED, and a new motion schedule is adopted as follows:

- Defendant shall file any motion on or before **November 17, 2025;**

- The Government shall file any opposition on or before **December 8, 2025;** and

- Defendant shall file any reply on or before **December 29, 2025.**

In addition, the Motion hearing currently scheduled for December 16, 2025, is hereby ADJOURNED to **January 13, 2026,** at **12:00 p.m.** The hearing will be held in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between **December 16, 2025,** and **January 13, 2026,** which Mr. Murray consented to per communications with Mr. Murray's standby counsel. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial because it will allow Mr. Murray to review discovery and prepare his pretrial motions.

The Clerk of Court is directed to mail a copy of this ORDER to Mr. Murray at the following address:

> William Murray, #12116-506
> MDC Brooklyn
> Metropolitan Detention Center
> P.O. Box 329002
> Brooklyn, NY 11232

The Clerk of Court is further directed to terminate the pending motion at docket entry 70.

Dated:   October 17, 2025          SO ORDERED.
         New York, New York

                                    *Katherine Polk Failla*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE