UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 24 Cr. 72 (KPF) |
| WILLIE MURRAY, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On October 27, 2025, Mr. Murray's standby counsel sent a letter to the Court seeking a conference to discuss Mr. Murray's request to be transferred from the Metropolitan Detention Center ("MDC") to another facility. Mr. Murray's request for a conference is GRANTED. The parties, as well as representatives from the United States Marshals Service and the MDC's Legal Department are ORDERED to appear for a conference on **October 30, 2025**, at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to mail a copy of this Order to Mr. Murray at the following address:

> William Murray, #12116-506
> MDC Brooklyn
> Metropolitan Detention Center
> P.O. Box 329002
> Brooklyn, NY 11232

SO ORDERED.

Dated: October 28, 2025
       New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge