

# Milbank

**MATTHEW LAROCHE**
*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: +1 (212) 530-5514
mlaroche@milbank.com  |  milbank.com

November 17, 2025

**VIA ECF**

MEMO ENDORSED

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Willie Murray</u>, 24 Cr. 72 (KPF)

Dear Judge Failla:

    We write on behalf of Defendant William Murray, who we represent as standby counsel. Mr. Murray has directed us to request an extension of his deadline to file his Rule 12 motions, which is currently November 17, 2025, until December 5, 2025. Mr. Murray believes that this extension is necessary to permit him to continue working with the individuals that the Court permitted him to retain to assist with his motions and because of the trouble he has had accessing his discovery materials from the Special Housing Unit at the Metropolitan Detention Center, as discussed on the record at the October 30, 2025 court conference.

    The government consents to Mr. Murray's adjournment request but does not anticipate consenting to further adjournment requests. The government asks that the Court exclude time from the Speedy Trial Act until the date of the next court conference. To allow him the time necessary to prepare his motions and access his discovery, Mr. Murray consents to exclude time until the date on which the Court schedules a hearing on his motions.

                               Respectfully submitted,

                                 Matthew Laroche

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO

Application GRANTED.  The Court does not anticipate granting any further extensions.  The current motion schedule is hereby ADJOURNED, and a new motion schedule is adopted as follows:

- Defendant shall file any motion on or before **December 5, 2025;**

- The Government shall file any opposition on or before **December 29, 2025;** and

- Defendant shall file any reply on or before **January 19, 2026.**

In addition, the Motion hearing currently scheduled for January 13, 2026, is hereby ADJOURNED to **February 17, 2026,** at **3:00 p.m.**  The hearing will be held in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between **January 13, 2026,** and **February 17, 2026.**  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial because it will allow Mr. Murray to review discovery and prepare his pretrial motions.

The Clerk of Court is directed to mail a copy of this Order to Mr. Murray at the following address:

> William Murray, #12116-506
> MDC Brooklyn
> Metropolitan Detention Center
> P.O. Box 329002
> Brooklyn, NY 11232

The Clerk of Court is further directed to terminate the pending motion at docket entry 80.

Dated:    November 17, 2025          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE