

**Milbank**

**MATTHEW LAROCHE**
*Partner*
55 Hudson Yards | New York, NY 10001-2163
T: +1 (212) 530-5514
mlaroche@milbank.com | milbank.com

December 4, 2025

**VIA ECF**



The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Re: <u>United States v. Willie Murray</u>, 24 Cr. 72 (KPF)

Dear Judge Failla:

We write on behalf of Defendant William Murray, who we represent as standby counsel. Mr. Murray has directed us to request an extension of his deadline to file his Rule 12 motions, which is currently December 5, 2025, until January 5, 2026. Mr. Murray believes that this extension is necessary because he has continued to have trouble accessing the materials necessary to permit him to complete his motions from the Special Housing Unit at the Metropolitan Detention Center, where he has been housed since before the October 30, 2025 court conference.

As Your Honor will remember, Mr. Murray ran out of typewriter ribbon for his Court-Ordered typewriter at around the time of the October 30 conference. Despite the discussion of the typewriter ribbon at that conference and our subsequent communications with MDC Legal, Mr. Murray was not provided typewriter ribbon until November 26, 2025. He further informed us on December 4, 2025 that the ribbon he received is not compatible with his typewriter, rendering it unusable. We are following up with MDC Legal to confirm that he will be provided with compatible typewriter ribbon as soon as possible. Mr. Murray also informs us that the printer in the SHU has not been consistently working, which has further impeded his efforts to draft his motions. Mr. Murray also believes that this extension is necessary to allow the forensic investigator that the Court permitted him to retain to continue his analysis of data files that we recently received from the government.

Mr. Murray understands that, in granting his November 17, 2025 extension request, the Court indicated that it did not anticipate granting any further extensions. However, given the discovery issues that persist at MDC and that more than a month has passed since Mr. Murray ran

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO

December 4, 2025                                                                                     Page 2

out of typewriter ribbon and yet he still does not have access to ribbon that is compatible with his typewriter, Mr. Murray respectfully submits that one further extension is necessary.[1]

The government will advise the Court of its position tomorrow after conferring with MDC legal counsel regarding the issues raised above. If the Court grants Mr. Murray's extension request, Mr. Murray consents to exclude time until the date on which the Court schedules a hearing on his motions to allow him the time necessary to prepare his motions and access his discovery.

Respectfully submitted,

Matthew Laroche

---

[1] As the Court is aware, Mr. Murray is considering asking the Court to appoint the undersigned as his counsel rather than continuing to represent himself *pro se*. If Mr. Murray decides to do so, and if the Court does appoint us as Mr. Murray's counsel, we are open to revisiting the extended deadlines requested in this letter.

The Court has reviewed Mr. Murray's above extension request.  It has balanced the proffered difficulties Mr. Murray now claims with his own pattern of delay in advising the Court of these difficulties.  In light of the difficulty Mr. Murray has experienced in receiving the proper typewriter ribbon and in accessing a working printer, his extension request is GRANTED in part.  Specifically, the Court is willing to extend Mr. Murray's deadline to file any pretrial motion, whether counseled or *pro se*, to **December 29, 2025.** This will be the final extension.

The Government shall file any opposition on or before **January 19, 2026.** Mr. Murray shall file any reply on or before **February 9, 2026.**

In addition, the Motion hearing currently scheduled for February 17, 2026, is hereby ADJOURNED to **March 13, 2026,** at **2:30 p.m.**  The hearing will be held in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between **February 17, 2026,** and **March 13, 2026.** The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial because it will allow Mr. Murray to review discovery and prepare his pretrial motions.

The Clerk of Court is directed to mail a copy of this Order to Mr. Murray at the following address:

> William Murray, #12116-506
> MDC Brooklyn
> Metropolitan Detention Center
> P.O. Box 329002
> Brooklyn, NY 11232

The Clerk of Court is further directed to terminate the pending motion at docket entry 83.

Dated:     December 5, 2025          SO ORDERED.
           New York, New York

*Katherine Polk Failla*

           HON. KATHERINE POLK FAILLA
           UNITED STATES DISTRICT JUDGE