UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>              -v.-<br><br>WILLIE MURRAY,<br><br>                     Defendant. | 24 Cr. 72 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties shall appear for a change-of-plea conference on **January 8, 2026**, at **4:00 p.m.** in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to mail a copy of this Order to Mr. Murray at the following address:

> William Murray, #12116-506
> MDC Brooklyn
> Metropolitan Detention Center
> P.O. Box 329002
> Brooklyn, NY 11232

SO ORDERED.

Dated:   January 5, 2026
           New York, New York

 

_____
KATHERINE POLK FAILLA
United States District Judge