

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

January 6, 2026

**By ECF and EMAIL**
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:    *United States v. Willie Murray*, 24 Cr. 72 (KPF)

Dear Judge Failla:

The Government respectfully requests, with the consent of standby counsel, that the change-of-plea currently scheduled for Thursday, January 8, 2026, at 4:00 p.m., be adjourned one day to Friday, January 9, 2026, at 3:15 p.m. or later at the Court's convenience. The requested adjournment would address certain scheduling issues of which the Government recently learned and relayed to Chambers. The parties appreciate the Court's accommodation of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: _____
Adam Z. Margulies
Assistant United States Attorney
(212) 637-2345

cc:    Matthew Laroche, standby counsel (via email and ECF)
Nola Heller, standby counsel (via email and ECF)
Isbael Pitaro, standby counsel (via email and ECF)
Madeline T. Van Ert, Esq., standby counsel (via email and ECF)
Willie Murray, *pro se* (via email to standby counsel and U.S. mail)

Application GRANTED.  The change-of-plea conference currently scheduled for January 8, 2026, is hereby ADJOURNED to **January 9, 2026,** at **3:15 p.m.**

The Court notes, however, that it has another conference at 2:30 p.m., so it may be running slightly late.

The Clerk of Court is directed to terminate the pending motion at docket entry 93.

Dated:     January 7, 2026          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE