UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

WILLIE MURRAY,

Defendant.

24 Cr. 72 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

After communications with the parties, the *Curcio* proceeding currently scheduled for March 17, 2026, will hereby be held on **March 16, 2026**, at **11:00 a.m.** in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   March 6, 2026
         New York, New York

KATHERINE POLK FAILLA
United States District Judge