UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          -v.-<br><br>WILLIE MURRAY,<br><br>                 Defendant. | 24 Cr. 72 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

After communications with the parties, the sentencing proceeding currently scheduled for May 19, 2026, is hereby ADJOURNED to **June 1, 2026**, at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Mr. Murray's sentencing submission shall be due on or before **May 18, 2026**. The Government's sentencing submission shall be due on or before **May 25, 2026**.

SO ORDERED.

Dated:   April 30, 2026
          New York, New York

_____
      KATHERINE POLK FAILLA
      United States District Judge